■ IGS REALTY Co., L.P., Respondent, v JAMES H. BRADY, Appellant. [52 NYS3d 320]—Order, Supreme Court, New York County (Barry R. Ostrager, J.), entered on or about August 25, 2015, which, to the extent appealed from as limited by the briefs, denied the branch of defendant's motion that sought to set aside the jury verdict in plaintiff's favor and to award judgment in his favor or order a new trial, unanimously affirmed, without costs.

The motion court properly denied defendant's posttrial motion (see CPLR 4404). Defendant failed to preserve for appellate review his challenges regarding the jury charges and the verdict sheet interrogatories, because at trial he never objected to the charges or to the verdict sheet (Ganaj v New York City Health & Hosps. Corp., 130 AD3d 536 [1st Dept 2015]; CPLR 4110-b, 4111 [b]).

The jury's verdict was not against the weight of the evidence (Killon v Parrotta, 28 NY3d 101, 107 [2016]). Nor was the verdict against public policy. The leases entered into by defend-

ant's corporations were not illegal contracts (*see McConnell v Commonwealth Pictures Corp.*, 7 NY2d 465, 469 [1960]). Plaintiff did not lease the premises for an illegal use, nor were the leases procured through any criminal acts (*id.*).

We have considered defendant's remaining arguments and find them unavailing. Concur—Andrias, J.P., Kapnick, Webber and Kahn, JJ.